**Order entered September 27, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00494-CR

### RONNIE DILLARD, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the County Criminal Court of Appeals No. 2
### Dallas County, Texas
### Trial Court Cause No. MB12-63717-M

## ORDER

The Court **REINSTATES** the appeal.

On August 28, 2013, we ordered the trial court to make findings regarding why appellant's brief has not been filed. We **ADOPT** the findings that: (1) appellant desires to pursue the appeal; (2) appellant is indigent and represented by court-appointed counsel Nanette Hendrickson; (3) Ms. Hendrickson's explanation for the delay in filing appellant's brief is her workload; and (4) Ms. Hendrickson requested thirty days from the September 18, 2013 hearing to file appellant's brief.

We **ORDER** appellant to file his brief by **OCTOBER 18, 2013**. Because appellant's brief is already two months overdue, no further extensions will be granted. If appellant's brief is not filed by the date specified, we will order Nanette Hendrickson and the Dallas County Public

Defender's Office removed as counsel and will order the trial court to appoint a new attorney to represent appellant in this appeal.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Jeffrey Rosenfield, Presiding Judge, County Criminal Court of Appeals No. 2; Katherine Drew, Appellate-Chief, Dallas County Public Defender's Office; Nanette Hendrickson, Dallas County Public Defender's Office; and the Dallas County District Attorney's Office.


/s/    LANA MYERS
       JUSTICE